### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### HELENA DIVISION

ERIC G. HICKS  
REG. #23310-009                                                                                       PETITIONER

VS.                            2:05CV00304 WRW/JTR

LINDA SANDERS, Warden,  
FCI, Forrest City, Arkansas                                            RESPONDENT

### ORDER

Petitioner, who is currently incarcerated at the Federal Correctional Institute located in Forrest City, Arkansas, filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241 (docket entry #1), and has paid the $5.00 filing fee. The Court will therefore order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1. The Clerk of the Court is directed to serve a copy of the habeas Petition (docket entry #1) and this Order on Respondent and the United States Attorney by mail.

2. Respondent shall file a responsive pleading **within twenty (20) days** of service.

Dated this 9th day of December, 2005.

                                                                                        UNITED STATES MAGISTRATE JUDGE