**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION**

ERIC G. HICKS
REG. #23310-009                                                                                          PETITIONER

VS.                                           2:05CV00304 JTR

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                       RESPONDENT

## JUDGMENT

Pursuant to the Memorandum Order filed in this matter, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Petitioner's Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. § 2241, is DISMISSED, WITHOUT PREJUDICE.

Dated this 28th day of April, 2006.

_____
UNITED STATES MAGISTRATE JUDGE